IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE A. LEAHY,<br><br>*Plaintiff,*<br><br>v.<br><br>BLACK SHEEP INC. d/b/a THE BLACK SHEEP PUB AND RESTAURNT, and GL SEVENTEENTH LP<br><br>*Defendants*. | CIVIL ACTION<br><br><br>Case No. 2:24-cv-06596-KSM |

### **DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

    Defendants, by and through their undersigned counsel, hereby move pursuant to Federal Rule of Procedure 12(c) for judgment on the pleadings on all claims asserted against Defendants in Plaintiff's Complaint.

    The bases for this Motion are more fully set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

    WHEREFORE, Defendants respectfully request that this Motion be granted, that Plaintiff's Complaint be dismissed in its entirety with prejudice, that judgment be entered in Defendants' favor and against Plaintiff, and that the Court award any other and further relief as the Court deems appropriate.

    Oral argument is requested.

Respectfully submitted,

**THE PEARLMAN LAW FIRM, PLLC**

Dated: February 11, 2025      By: _____
JASON L. PEARLMAN, ESQ. (PA 93879)
TWO BALA PLAZA, SUITE 300
BALA CYNWYD, PA 19004
Telephone (610) 660-7793
jpearlman@pearlmanlawfirm.com
*Counsel for Defendants*