# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE A. LEAHY, <br><br> *Plaintiff,* <br><br> v. <br><br> BLACK SHEEP INC. d/b/a THE BLACK SHEEP PUB AND RESTAURNT, and GL SEVENTEENTH LP <br><br> *Defendants.* | CIVIL ACTION <br><br> Case No. 2:24-cv-06596-KSM |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Defendants' Motion for Judgment on the Pleadings, and any response thereto, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. Plaintiff's Complaint is hereby DISMISSED, with prejudice.

**BY THE COURT:**

_____
, U.S.D.J.