IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE A. LEAHY, | CIVIL ACTION |
| *Plaintiff,* | |
| v. | Case No. 2:24-cv-06596-KSM |
| BLACK SHEEP INC. d/b/a THE BLACK SHEEP PUB AND RESTAURNT, and GL SEVENTEENTH LP | |
| *Defendants.* | |

**CERTIFICATE OF SERVICE**

    I, Jason L. Pearlman, hereby certify that on this 11th day of February, 2025, the foregoing Motion for Judgment on the Pleadings was served upon all counsel of record and the Plaintiff, specifically Ben-Zion Bradley Weitz, by ECF.

**THE PEARLMAN LAW FIRM, PLLC**

Dated: February 11, 2025    By: _____
JASON L. PEARLMAN, ESQ. (PA 93879)
TWO BALA PLAZA, SUITE 300
BALA CYNWYD, PA 19004
Telephone (610) 660-7793
jpearlman@pearlmanlawfirm.com

*Counsel for Defendants*